IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> MARYMOUNT HOSPITAL, INC., et al., <br><br> Defendant. | Case No. <br><br> Judge: <br><br> **NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT** |

  Defendant Marymount Hospital, Inc. (hereinafter "Marymount"), by and through its undersigned counsel, hereby gives notice of removal of this action from the Court of Common Pleas, Cuyahoga County, Ohio to the United States District Court for the Northern District of Ohio.  In support of its Notice of Removal, Defendant respectfully submits to this Honorable Court:

  1. The Complaint in *Michael Washington v. Marymount Hospital, Inc.*, et al., Case No. CV-08-676764 in the Court of Common Pleas, Cuyahoga County, was filed on or about November 18, 2008.  A copy of the Complaint is attached hereto as Exhibit A.  The summons was served on Marymount by certified mail on December 1, 2008.  A true copy of the summons and the docket showing date of service is attached hereto as Exhibits B and C, respectively.  No other pleadings have been filed, entered, served, or issued upon Marymount or by Marymount at this time.

  2. This Notice of Removal is timely field pursuant to 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days of receipt of the Summons and Complaint by the Defendant.

  3. This is an action of a civil nature in which the district courts of the United States

have been given original jurisdiction in that the action arises under the laws of the United States and it invokes the federal question jurisdiction of this Court as provided in 28 U.S.C. §§ 1331, 1441(a), and 1441(b). More specifically, Plaintiff's action alleges Defendant violated Title VII, 42 U.S.C. § 2000e, et seq.

4. The Complaint asserts that Plaintiff "was forced to resign his position because he was subjected to unwelcomed racial and sexual harassment which created an intimidating, hostile, and offensive work environment," in violation of Title VII. (Complaint ¶ 15). The Complaint further asserts that Defendant knew Plaintiff was engaged in protected activity and "thereafter took adverse employment action against [him]," also in violation of Title VII. (Complaint ¶20). Because Plaintiff asserts claims that arise under the laws of the United States, this Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331.

5. To the extent Plaintiff's other purported causes of action do not allege federal claims, this Court has jurisdiction over those claims pursuant to 28 U.S.C. §§ 1367(a) and 1441(c).

6. Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. §§1331, 1441, and 1446.

7. Pursuant to 28 U.S.C. §1391, venue is proper in the United States District Court for the Northern District of Ohio, insofar as Defendants reside in and conduct business within Cuyahoga County, Ohio, which is within this Court's jurisdiction.

8. As required by 28 U.S.C. §1446(d), Defendants provided written notice of the filing of this Notice of Removal to Nancy Schuster an Kami D. Rowles, counsel of record for Plaintiff, and it filed this Notice of Removal with the Clerk of the Cuyahoga County Court of Common Pleas. (Notice of Filing Notice of Removal, attached as Exhibit D).

WHEREFORE, pursuant to 28 U.S.C. §§1331, 1367, 1441, and 1446, Defendants remove this case from the Cuyahoga County Court of Common Pleas to this Court.

Respectfully submitted,

*/s/  Amy Ryder Wentz*
Robert M. Wolff (0006845)
rwolff@littler.com
Amy Ryder Wentz (0081517)
awentz@littler.com
LITTLER MENDELSON
A Professional Corporation
1100 Superior Avenue, 20th Fl.
Cleveland, OH 44114
Telephone:  216.696.7600
Facsimile:  216.696.2038

Attorneys for Defendant
Marymount Hospital, Inc.

## **PROOF OF SERVICE**

A copy of the foregoing *Notice of Removal of Civil Action to United States District Court* has been sent to Nancy Schuster and Kami Rowles, Schuster & Simmons Co. LPA, The Bevelin House, 2913 Clinton Avenue, Cleveland, OH  44113, via regular U.S. mail, postage prepaid, this 23rd day of December, 2008.

*/s/  Amy Ryder Wentz*

057294.1002
87842639